[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  11-16112
Non-Argument Calendar

_____

D. C. Docket No.  9:10-cv-81118-KLR

SUSAN KANE,
as next friend of Vera Klein,

                                                            Plaintiff-Appellant,

versus

WASHINGTON NATIONAL
INSURANCE COMPANY,

                                                            Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 16, 2012)

Before TJOFLAT, MARCUS and FAY, Circuit Judges.

PER CURIAM:

This is an appeal of an attorney's fee award made pursuant to § 627.428, Fla. Stat. (2010), in a contingency fee case brought against an insurance company by a policy holder.  Appellant argues that the District Court, in fashioning the award, committed "reversible error in its determination of the 'Lodestar' amount." Appellant's Br. at 13.  The question before this court is whether the District Court abused its discretion in arriving at the Lodestar amount and in fixing the fee awarded.  After examining the parties' submissions to the District Court regarding the attorney's fee issue and their briefs on appeal, we find no abuse of discretion. The District Court's judgment is accordingly

AFFIRMED.